## City of Chicago, Defendant in Error, v. Mary Perkinson, Plaintiff in Error.

### Gen. No. 19,779.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREDERICK L. FAKE, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed November 30, 1914.

### Statement of the Case.

Complaint by the City of Chicago against Mary Perkinson charging defendant with a breach of the peace in violation of section 2012 of the Chicago Code of 1911. To reverse a judgment of guilty, defendant prosecutes a writ of error.

J. H. PERKINSON, for plaintiff in error.

WILLIAM H. SEXTON and JAMES S. McINERNEY, for defendant in error; ALBERT J. W. APPELL, of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1034*—*judicial notice.* The Appellate Court cannot take judicial notice of ordinances not contained in the record.

2. BREACH OF THE PEACE, § 1*—*what does not constitute.* Where a person occupying premises abutting a street, took a horse and wagon left in the street in front of a portion of her premises and left them in the middle of the street in the street car tracks, *held* that such acts and conduct did not show a breach of the peace or the commission of an act which tended to a breach of the peace within the meaning of an ordinance prohibiting the making, etc., of "an improper noise, riot, disturbance, breach of the peace or diversion tending to a breach of the peace."

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.